UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David A. Joseph, Sr., *et al.*,

    Plaintiff,

    v.                                        Case No. 2:15-cv-85

Christie Hampton, *et al.*,          Judge Michael H. Watson

    Defendants.

## OPINION AND ORDER

Magistrate Judge King issued a report and recommendation ("R&R") in this *pro se* prisoner civil rights case in which Plaintiff David A. Joseph, Sr. purports to represent a class of plaintiffs. R&R, ECF No. 4. The R&R concluded that Plaintiff David A. Joseph, Sr. cannot represent the other named plaintiffs in this case because parties may not be represented by a non-lawyer in federal judicial proceedings. *Id.* at 2. The R&R thus recommended dismissing the claims of the other plaintiffs unless, within thirty days, each of those plaintiffs either pays the filing fee or seeks leave to proceed *in forma pauperis* and demonstrates his or her intention to proceed either personally or through counsel. *Id.*

The R&R notified the parties of their right to object within fourteen days of the issuance of the R&R and specifically advised the parties that a failure to object would result in a waiver of the right to *de novo* review of the R&R by the

undersigned as well as a waiver of the right to appeal the judgment of the Court. *Id.* at 3.  The time for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**