UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David A. Joseph, Sr., *et al.*,

    **Plaintiffs,**

v.                                  Case No. 2:15–cv–85

Christie Hampton, *et al.*,        Judge Michael H. Watson

    **Defendants.**

## ORDER

Magistrate Judge King issued a Report and Recommendation ("R&R") in this *pro se* prisoner civil rights case recommending that Defendants' motion to dismiss, ECF No. 9, be granted in part and denied in part. R&R, ECF No. 18.

Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 16. Judge King further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as a waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 18, is **ADOPTED**. The motion to dismiss, ECF No. 9, is hereby **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Court **DISMISSES** all claims against Defendants

Timothy Wollenberg and David Freriks.  Accordingly, the Clerk shall terminate these Defendants.

Additionally, the Court **DISMISSES** the conspiracy, dereliction of duty, perjury, and falsification of documents claims against the remaining Defendants, Christie Hampton, Dean Wilson, and Jordan Hollingshead.  All other claims—denial of due process, unlawful detention, denial of access to the courts, and false imprisonment—against these three remaining defendants in their individual capacities remain.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**