UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David A. Joseph, Sr., *et al.*,

    Plaintiffs,

v.

Christie Hampton, *et al.*,

    Defendants.

Case No. 2:15–cv–85

Judge Michael H. Watson

## ORDER

Magistrate Judge King issued a Report and Recommendation ("R&R") in this *pro se* prisoner civil rights case recommending that Defendants' motion to dismiss, ECF No. 30, be granted. R&R, ECF No. 34.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 4. Magistrate Judge King further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as a waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* at 5. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R, ECF No. 34, is **ADOPTED**. The motion to dismiss, ECF No. 30, is hereby **GRANTED**.

The Clerk is directed to enter final judgment and terminate this case.

**IT IS SO ORDERED.**

                                                MICHAEL H. WATSON, JUDGE
                                                UNITED STATES DISTRICT COURT